

November 10, 2014

Clerk's Office
U.S. Court of Appeals for the Seventh Judicial Circuit
Room 2722
219 S. Dearborn Street
Chicago, IL 60604

      Re:    Kevin L. Harold v. Christopher C. Steel and Peters & Steel, LLC, Case No. 14-1875

Dear Clerk:

Pursuant to Circuit Rule 34(g) and Federal Rule of Appellate Procedure 28(j), Appellant Kevin L. Harold hereby submits pertinent and significant authorities that have come to Appellant's attention after Appellant's Brief was filed. The following decisions all post-date the filing of Appellant's Brief in this matter.

The opinion in *Richardson v. The Koch Law Firm, P.C.,* 768 F.3d 732 (7th Cir. Sept. 26, 2014) is cited to support a point Appellant intends to make at oral argument that the "inextricably intertwined" doctrine is dead. The Court states in *Richardson* that "(c)ourts should stick with the [*Rooker-Feldman*] doctrine as stated in [*Exxon Mobil v.*] *Saudi Basic Industries,*" which does not include an inextricably intertwined analysis. 768 F.3d at 734.

Appellant also has additional cases to add to the string cite at pages 20-21 [App. Dkt. 10] of cases that refused to apply the *Rooker-Feldman* doctrine to FDCPA claims, including a case from the Southern District of Indiana: *Harrington v. DH Capital Management, Inc.*, 2014 WL 5776203 *1-3 (W.D.Ky. Nov. 5, 2014); *Hageman v. Barton,* 2014 WL 5320265 *1-2 (E.D.Mo. Oct. 17, 2014); *Lautman v. 2800 Coyle Street Owners Corp.*, 2014 WL 4843947 *6-8 (E.D.N.Y. Sept. 26, 2014); *The Credit Union Loan Source, LLC v. Wood*, 2014 WL 4801800 *3 (D.Md. Sept. 19, 2014); *Mueller v. Barton*, 2014 WL 4546061 *2-4 (E.D.Mo. Sept. 12, 2014); *Moran v. Greene & Cooper Attorneys LLP,* 2014 WL 4417367 *2-3 (S.D.Ind. September 4, 2014); *McNair v. Maxwell & Morgan PC,* 2014 WL 4209248 *3-4 (D.Az. Aug. 26, 2014.

Thank you.

Sincerely,

s/ *Robert E. Duff*

Robert E. Duff

✔ **CERTIFICATE OF SERVICE**
**Certificate of Service When All Case Participants Are CM/ECF Participants**

I hereby certify that on   November 10, 2014  , I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/   Robert E. Duff  _____

☐ **CERTIFICATE OF SERVICE**
**Certificate of Service When Not All Case Participants Are CM/ECF Participants**

I hereby certify that on _____, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:

| counsel / party: | address: |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

s/_____